IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOAZ RAZ,

      Plaintiff,

v.                                        CV 15-966 KG/WPL

STATE OF NEW MEXICO,

      Defendant.

**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Boaz Raz filed a motion for extension of time to respond to a motion to dismiss. (Doc. 13.) Raz failed to comply with several District of New Mexico Local Rules. Notably, Raz failed to include a certificate of service as required by D.N.M.LR-Civ. 7.1(b), failed to provide a proposed order as required by D.N.M.LR-Civ. 7.2, and failed to sign the document as required by D.N.M.LR-Civ. 10.3(b).

The Court liberally construes the allegations contained in pleadings filed by pro se individuals. *Northington v. Jackson*, 973 F.2d 1518, 1520-21 (10th Cir. 1992) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)). However, the Court must apply the same legal and procedural standards used for pleadings drafted by counsel. *Id.* Raz is reminded that he must comply with the District of New Mexico Local Rules and the Federal Rules of Civil Procedure. Failure to comply with these Rules in the future will result, at a minimum, in Raz's motions being denied.

Raz will submit a signed copy of his motion no later than December 16, 2015. Upon entry of a signed copy of the motion, Raz's request for an extension of time to respond to the

motion to dismiss will be granted. Failure to submit a signed copy of the motion by the deadline will result in Raz's motion being stricken, in accordance with D.N.M.LR-Civ. 10.3(b), and any response after that date will be deemed untimely. Assuming that Raz submits a signed motion within the above timeframe, Raz will respond to the motion to dismiss no later than December 30, 2015.

    IT IS SO ORDERED.

*William P. Lynch* (signature)
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.