IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOAZ RAZ,

      Plaintiff,

v.                                                        CV 15-966 KG/WPL

STATE OF NEW MEXICO,

      Defendant.

**ORDER**

      Federal Rule of Civil Procedure 16(b)(2) requires me to enter a scheduling order within 90 days after any defendant has been served with the complaint or within 60 days after any defendant has appeared, unless I find good cause for delay. In this case, there is a pending dispositive motion that would, if granted, resolve all or substantially all of the case and would significantly narrow the scope of necessary discovery. (Doc. 12.) I held a Status Conference with the parties on August 15, 2016. Under the circumstances, and after discussion with the parties, I find that the pending dispositive motion constitutes good cause to delay entry of a scheduling order. I will enter an Initial Scheduling Order upon resolution of the dispositive motion. The parties may contact my chambers should circumstances change.

      IT IS SO ORDERED.

                                                                           _____
                                                                           William P. Lynch
                                                                           United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.