IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOAZ RAZ,

    Plaintiff,

v.                                                                         Civ. No. 15-966 KG/WPL

STATE OF NEW MEXICO,

    Defendant.

## FINAL JUDGMENT

Having granted Defendant State of New Mexico's Motion to Dismiss the Amended Complaint, (Doc. 12), the Court hereby enters final judgment in accordance with Fed. R. Civ. P. 58.

IT IS ORDERED that Plaintiff's Amended Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, (Doc. 6), be DISMISSED WITH PREJUDICE

_____
UNITED STATES DISTRICT JUDGE